# United States District Court

## EASTERN DISTRICT OF WISCONSIN

NICHOLAS AST,
      Plaintiff,

**JUDGMENT IN A CIVIL CASE**

    v.

Case No. 10-C-724

H&P CAPITAL INC,
      Defendant.

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that Nicholas Ast takes nothing and that this action is DISMISSED for lack of prosecution pursuant to Civil L.R. 41(b).

Approved:    s/ William C. Griesbach
                WILLIAM C. GRIESBACH
                United States District Judge

Dated: April 11, 2011.

                JON W. SANFILIPPO
                Clerk of Court

                s/ A. Wachtendonck
                (By) Deputy Clerk